IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| WENDY REICHERT | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| THE PATHWAY SCHOOL et al. | : | NO. 11-622 |

## ORDER

AND NOW, this 26th day of March, 2013, upon consideration of a) the defendant Garnet Valley School District's motion for summary judgment (Docket No. 40); and b) the defendant Pathway School's motion for partial summary judgment (Docket No. 43), and the briefs in support of and in opposition to these motions, and following an oral argument on February 15, 2013,

IT IS HEREBY ORDERED, for the reasons stated in a memorandum of law bearing today's date, that defendant Garnet Valley School District's motion is GRANTED. Judgment is ENTERED in favor of Garnet Valley School District and against Wendy Reichert.

IT IS FURTHER ORDERED, for the reasons stated in the same memorandum of law, that defendant Pathway School's motion for partial summary judgment is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.